JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PAUL, CRYSTAL SKY ENTERTAINMENT, LLC, CRYSTAL SKY PROPERTIES, LLC, SEASIDE ENTERTAINMENT, LLC, CS FILMS, LLC, CS DEVCO, LLC, BRATZ, LLC, BRATZ 2, LLC, SP ENTERTAINMENT, LLC, BIG STAN PRODUCTIONS, LLC, CRYSTAL SKY PICTURES, LLC, CRYSTAL SKY, LLC, CRYSTAL SKY WORLDWIDE SALES, LLC, OPPOSITE DAY DISTRIBUTION, LLC, PRODUCTION SERVICES, LLC, BABY GENIUSES 2 LLC, CRYSTAL SKY RELEASING, LLC, SOHO SQUARE FILMS, LTD., HADOR FILM PRODUCTIONS, LTD., HADOR BG PRODUCTIONS, LTD., DOGGIE DOG WORLD, LLC, CST PRODUCTIONS, LLC, and REBOOTED, LLC<br><br>Plaintiffs,<br><br>v.<br><br>EYP, LTD, CEDAR LANE ASSET MANAGEMENT, LLC, CEDAR LANE ENTERTAINMENT FUND, LTD., ANDREW DEAN, CHRIS MARETT, SAMUEL ADAMS, LUCIE GUERNSEY, MARK LAMAGNA, ROBERT RICCIARDELLI, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 09-8560 DSF (SHx)<br><br>JUDGMENT |

1     This matter came before the Court, the Honorable Dale S. Fischer, United
2  States District Judge, Presiding, on a motion to dismiss for lack of personal
3  jurisdiction, improper venue, and failure to state a claim.  Having reviewed the
4  arguments of the parties and having found that venue is improper,
5  IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the case be
6  dismissed without prejudice, and that costs are awarded to Defendants as taxed by
7  the Clerk in accordance with 28 U.S.C. § 1920.

         6/3/10                                       /s/ Dale S. Fischer
Dated: _____            _____
                                              Dale S. Fischer
                                       United States District Judge